USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: __
DATE FILED: 2-7-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

LAWRENE YOUNG,

       Plaintiff,    1:19-cv-8397

  -against-        (ALC) <u>ORDER</u>

151 BLEECKER LLC,

       Defendant.

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiff filed the Complaint in this matter on September 10, 2019. As of February 7, 2020, the Court has not received notice that the Complaint has been served on Defendant. Fed. R. Civ. P. 4(m) grants Plaintiff 120 days to perfect service on Defendant. In the event of failure to serve by the statutory deadline, 4(m) provides that the Court, "upon motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiff is ordered to serve Defendant by February 13, 2020 or advise the Court in a letter by that date as to why it is unable to serve the Complaint.

**SO ORDERED.**

**Dated: New York, New York
    February 7, 2020**

                   **ANDREW L. CARTER, JR.
                   United States District Judge**