USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
                                                             :
  LAWRENCE YOUNG,                                            :
                                                             :
                                    Plaintiff,               :      1:19-cv-08397
                                                             :
                   -against-                                 :      ORDER
                                                             :
  151 BLEECKER LLC,                                          :
                                                             :
                                    Defendants.              :
------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., United States District Judge:**

On August 6, 2020, the Court ordered Plaintiff to show cause by September 15, 2020 as to why this action should not be dismissed without prejudice for failure to prosecute the case pursuant to Fed. R. Civ. P. 41(b). ECF No. 7. Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

**SO ORDERED.**

Dated:   September 20, 2020
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1